# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00103-CR

## Ex parte Jeanette Stevens

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-0237, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jeanette Stevens has filed a motion to dismiss her appeal. The motion is signed by both appellant and her attorney in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: May 8, 2019

Do Not Publish